**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wendell L. Bush                                    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-11973 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

               Respectfully submitted,
               **/s/ Rebecca A. Solarz Esquire**
               Rebecca A Solarz, Esquire
               Kevin G. McDonald, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322