UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 29, 2020

To:
**George R. Tadross, Esq.**

In re: **Wendell L. Bush**
Bankruptcy No. **20-11973**
Adversary No.
Chapter

Re **Amended Schedule E/F**

The above document(s) were filed in this office on May 28, 2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| (x) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Paul  A.  Puskar**
Deputy Clerk

*Fee Notice*
*(11/26/18)*