Certificate Number: 06501-PAE-DE-034537487

Bankruptcy Case Number: 20-11973



06501-PAE-DE-034537487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2020, at 10:33 o'clock AM CDT, Wendell Bush completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 8, 2020

By:    /s/Carlo Skrupa

Name:    Carlo Skrupa

Title:    Program Manager