United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wendell L Bush  
      Debtor

Case No. 20-11973-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: PaulP　　Page 1 of 1　　Date Rcvd: Jul 27, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.  
db　　　　+Wendell L Bush,　　2105 East Lehigh Avenue,　　Apt B2,　　Philadelphia, PA 19125-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:  
　　　　GEORGE R. TADROSS　　on behalf of Debtor Wendell L Bush gtadross@tadrosslaw.com,  
　　　　　r55386@notify.bestcase.com;robin@tadrosslaw.com  
　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
　　　　　bkgroup@kmllawgroup.com  
　　　　ROBERT H. HOLBER　　trustee@holber.com,　rholber@ecf.axosfs.com  
　　　　ROBERT H. HOLBER　　on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
　　　　　rholber@ecf.axosfs.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Wendell L Bush : Case No. 20−11973−mdc
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , July 27, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court